

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

GENEVIEVE NELSON
*Senior Counsel*
phone: (212) 356-2645
fax: (212) 356-3509
gnelson@law.nyc.gov

August 26, 2019

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

         Re:     Heleen Mees v. City of New York et al.
                  19 Civ. 7346 (AJN) (KNF)

Your Honor:

       I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York.[1] Defendant City of New York writes to respectfully request an enlargement of time to respond to the Complaint from August 28, 2019, to October 28, 2019. This is Defendant City's first request for an enlargement of time to respond to the Complaint.[2]

       Plaintiff filed the Complaint in this action on August 6, 2019, alleging, *inter alia*, that she was denied due process pursuant to the 14th Amendment of the United States Constitution. Specifically, Plaintiff accepted an Adjournment in Contemplation of Dismissal on March 10, 2014 pursuant to New York Criminal Procedure Law §170.55, and now alleges misconduct by several Assistant District Attorneys regarding that Adjournment in Contemplation of Dismissal.

---

[1] Please take notice that this case is assigned to Assistant Corporation Counsel William Gosling, who is presently awaiting results from the July 2019 Uniform Bar Exam and is assigned to this matter under my supervision. Mr. Gosling may be reached directly at 212-356-2384 or wgosling@law.nyc.gov.

[2] The City of New York realizes that today's Court Order appears to enlarge its time to Answer. It was unclear if that was *sua sponte* or whether the Court mistakenly thought Ms. Krasnow also represented the City of New York.

Today, Defendant City attempted to contact Plaintiff at the telephone number listed on the docket, as well as the Complaint, with regards to this enlargement request. However, Plaintiff's telephone number is not in service. Moreover, Defendant City contacted Elizabeth Krasnow who is the assigned attorney to represent Defendant Manhattan District Attorney's Office, Cyrus R. Vance Jr, Nitin Savur, Jeanine Launay, and Samatha Schott. Ms. Krasnow consents to the enlargement.

Before Defendant City can adequately respond to the Complaint, we will need to conduct an investigation into the underlying facts. First, we need to obtain from Plaintiff a release pursuant to New York Criminal Procedure Law §160.50. This Release is necessary to access the records related to the allegations in the Complaint so that Defendant can satisfy its obligations under Rule 11 of the Federal Rules of Civil Procedure. Defendant City respectfully requests additionally time in order to obtain the executed release from Plaintiff, and to request and review the necessary records.

Therefore, for the reasons stated herein, Defendant City respectfully requests that the Court grant Defendant City an enlargement of time to respond to the Complaint from August 28, 2019, to October 27, 2019.

Thank you for your consideration of this matter.

Respectfully submitted,

Genevieve Nelson
*Senior Counsel*
Special Federal Litigation Division

To: Ms. Heleen Mees (By mail)
*Pro Se Plaintiff*
30 Main Street, Apartment 11H
Brooklyn, New York 11201

Elizabeth Norris Krasnow (By ECF)
*Attorney for Defendant Manhattan District Attorney,*
*Cyrus R. Vance, Nitin Savur, Jeanine Launay,*
*and Samantha Schott*
One Hogan Place
New York, New York 10007