UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEEN MEES, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK, MANHATTAN DISTRICT ATTORNEY'S OFFICE, CYRUS R. VANCE, JR., NITIN SAVUR, JEANINE LAUNAY, SAMANTHA SCHOTT, <br><br> Defendants. | **ORDER** <br><br> 19 Civ. 7346 (AJN) ( KNF )  |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/19

**UPON THE APPLICATION** of defendant Manhattan District Attorney's Office and the individually-named defendants employed by the New York County District Attorney's Office for the unsealing of records pertaining to the July 1, 2013 arrest and prosecution of plaintiff Heleen Mees under New York County Criminal Court Docket No. 2013NY050589, which is protected by New York Criminal Procedural Law §§160.50 and 160.55;

**IT APPEARING** that the information sought by defendants is material and relevant to the above-captioned civil action currently pending in the Southern District of New York brought by plaintiff Heleen Mees and being defended by the District Attorney's Office, ~~and (2) the court has the inherent authority to unseal these records in connection with this action, see Schomburg v. Bologna, 298 F.R.D. 138, 141 (S.D.N.Y.~~

1

~~2014)~~ ~~("Federal courts can and commonly do order production of documents sealed under Section 160.50");~~ *(KNF U.S.M.J.)*

**IT IS HEREBY ORDERED** that the following records pertaining to the July 1, 2013 arrest and prosecution of plaintiff Heleen Mees under New York County Criminal Court Docket No. 2013NY050589 are unsealed *(solely for the purpose of being)* ~~pursuant to New York Criminal Procedure Law §§160.50 and 160.55 and may be~~ *(KNF USMJ)* made available for use in this civil action: (1) documents and/or files in the custody of the New York City Police Department; (2) documents and/or files in the custody of the New York County District Attorney's Office; (3) documents and/or files in the custody of the Supreme, Criminal Courts, and/or Family Courts of the State of New York; (4) documents and/or files in the custody of the New York City Department of Corrections; and (5) any other documents *(sealed pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55)* in the possession of any other agency, ~~investigatory body,~~ or individual relating to the above;

**IT IS FURTHER ORDERED** that the aforementioned records shall be made available to the New York County District Attorney's Office for the purpose of defending against plaintiff's claims in this civil suit*; furthermore, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the records shall be deemed confidential and the parties shall safeguard them from public dissemination. This* ~~and that this Order will expire at the~~ end of the litigation.

Dated:      New York, New York
               September 5, 2019

                                          *Kevin Nathaniel Fox*
                                 ~~HONORABLE ALISON J. NATHAN~~
                                 ~~UNITED STATES DISTRICT JUDGE~~

                 2      **HON. KEVIN NATHANIEL FOX**
                       United States Magistrate Judge
                       Southern District of New York