UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEEN MEES,

                Plaintiff,

-against-

CITY OF NEW YORK, MANHATTAN DISTRICT ATTORNEY'S OFFICE, CYRUS VANCE, JR., NITIN SAVUR, JEANINE LAUNAY, SAMANTHA SCHOTT,

                Defendants.

DECLARATION OF SERVICE BY MAIL

19 Civ. 7346 (AJN)(KNF)

I, WILLIAM GOSLING, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 14, 2019, I served the following documents:

- **NOTICE OF MOTION AND DECLARATION IN SUPPORT OF JOINT MOTION TO DISMISS (WITH ATTACHED EXHIBITS)**
- **LOCAL RULE 12.1 NOTICE TO A *PRO SE* LITIGANT WHO OPPOSES A RULE 12 MOTION TO DISMISS**
- **MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO DISMISS**
- **UNPUBLISHED CASES PURSUANT TO LOCAL CIVIL RULE 7.2**

upon the following plaintiff *pro se* by depositing a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said *pro se* plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Heleen Mees
Plaintiff *Pro Se*
30 Main Street, Suite 11h
Brooklyn, New York 11201

Dated:      New York, New York
              November 14, 2019

                                            William Gosling[1]
                                            *Assistant Corporation Counsel*
                                            Special Federal Litigation

---

[1] William Gosling has passed the July 2019 Uniform Bar Exam and is working on this matter under the supervision of Genevieve Nelson, Esq.