**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

November 19, 2019

**BY ECF**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Heleen Mees v. City of New York, et al.*, 19 Civ. 7346 (AJN)(KNF)

Dear Judge Fox:

    In accordance with Your Honor's Order dated November 18, 2019, *see* ECF 20, enclosed please find a proposed order, submitted with the approval of all parties, the text of which makes explicit that only photographic evidentiary material unsealed by the Your Honor's Order dated September 5, 2019 is to be kept confidential.

    Respectfully submitted,

    *Elizabeth N. Krasnow*/s
    Elizabeth N. Krasnow
    Assistant District Attorney

To:    Heleen Mees (By E-Mail and Mail)
        30 Main Street, Apt. 11H
        Brooklyn, New York 11201
        heleen@heleenmees.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEEN MEES,

          Plaintiff,

-against-

CITY OF NEW YORK, MANHATTAN
DISTRICT ATTORNEY'S OFFICE,
CYRUS R. VANCE, JR., NITIN SAVUR,
JEANINE LAUNAY, SAMANTHA
SCHOTT,

          Defendants.

**ORDER**

19 Civ. 7346 (AJN)(KNF)

  **UPON THE APPLICATION** of plaintiff *pro se* Heleen Mees, posted to the electronic docket on September 5, 2019, requesting that "photographic evidentiary material" in this case be treated with strict confidentiality and the utmost care and accessed only on a need to know basis, *see* ECF 13, and with the consent of defendants the City of New York, the New York County District Attorney's Office, and the individually-named defendants employed by the District Attorney's Office; and

  **IT IS HEREBY ORDERED** that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, "photographic evidentiary material" in the law enforcement records that were unsealed by virtue of the Court's prior Order of September 5, 2019 shall be deemed confidential, be accessed only on a need to know basis, and the parties shall safeguard them from public dissemination. Only photographic evidentiary material unsealed by the Court's prior September 5, 2019 Order is to be kept confidential.

1

Other documents in the law enforcement records that were unsealed by virtue of the Court's prior Order of September 5, 2019, are not subject to this Order and can be used by the parties for any purpose, including in motion practice.

    This Order modifies the Court's prior Order of September 5, 2019.

Dated:    New York, New York
          _____, 2019

          _____
          HONORABLE KEVIN NATHANIEL FOX
          UNITED STATES MAGISTRATE JUDGE