UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEEN MEES,

                Plaintiff,

-against-

CITY OF NEW YORK, MANHATTAN
DISTRICT ATTORNEY'S OFFICE,
CYRUS R. VANCE, JR., NITIN SAVUR,
JEANINE LAUNAY, SAMANTHA
SCHOTT,

                Defendants.

**ORDER**

19 Civ. 7346 (AJN)(KNF)



**UPON THE APPLICATION** of plaintiff *pro se* Heleen Mees, posted to the electronic docket on September 5, 2019, requesting that "photographic evidentiary material" in this case be treated with strict confidentiality and the utmost care and accessed only on a need to know basis, *see* ECF 13, and with the consent of defendants the City of New York, the New York County District Attorney's Office, and the individually-named defendants employed by the District Attorney's Office; and

**IT IS HEREBY ORDERED** that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, "photographic evidentiary material" in the law enforcement records that were unsealed by virtue of the Court's prior Order of September 5, 2019 shall be deemed confidential, be accessed only on a need to know basis, and the parties shall safeguard them from public dissemination. Only photographic evidentiary material unsealed by the Court's prior September 5, 2019 Order is to be kept confidential.

1

Other documents in the law enforcement records that were unsealed by virtue of the Court's prior Order of September 5, 2019, are not subject to this Order and can be used by the parties for any purpose, including in motion practice.

This Order modifies the Court's prior Order of September 5, 2019.

Dated: New York, New York
*November 19*, 2019

*Kevin Nathaniel Fox*
HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE