UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEEN MEES,<br><br>                           Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, MANHATTAN DISTRICT ATTORNEY'S OFFICE, CYRUS VANCE, JR., NITIN SAVUR, JEANINE LAUNAY, SAMANTHA SCHOTT,<br><br>                           Defendants. | DECLARATION IN SUPPORT OF JOINT MOTION TO DISMISS<br><br>19 Civ. 7346 (AJN)(KNF) |

ELIZABETH N. KRASNOW, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am an Assistant District Attorney in the New York County District Attorney's Office. I represent the Office; the District Attorney Cyrus R. Vance, Jr.; and Assistant District Attorneys Nitin Savur, Jeanine Launay, and Samantha Schott in the above-captioned civil lawsuit brought by plaintiff *pro se* Heleen Mees.

2. I respectfully submit the exhibits below in support of the joint motion to dismiss filed by the DA defendants and co-defendant City of New York, which is represented by the Office of the Corporation Counsel:

| Ex. 1 | Criminal Court complaint, filed in New York County Criminal Court in the case of *People v. Mees* on July 2, 2013 |
|---|---|
| Ex. 2 | Superseding information, filed in New York County Criminal Court in the case of *People v. Mees* on August 7, 2013 |

1

| Ex. 3 | Omnibus motion for discovery and to dismiss in the interests of justice, filed in New York County Criminal Court in the case of *People v. Mees* on October 10, 2013 |
|---|---|
| Ex. 4 | Transcript of the proceedings in New York County Criminal Court in the case of *People v. Mees* before Judge Steven Statsinger on March 10, 2014 |
| Ex. 5 | Petition for a writ of *error corum nobis*, filed in New York County Criminal Court in the case of *People v. Mees* on March 8, 2018 (with exhibits) |
| Ex. 6 | Decision of Judge Steven Statsinger, filed in New York County Criminal Court in the case of *People v. Mees* on July 2, 2018 |
| Ex. 7 | Motion for relief under Criminal Procedure Law §440.10, filed in New York County Criminal Court in the case of *People v. Mees* on or about July 18, 2018 (without exhibits) |
| Ex. 8 | Decision of Judge Steven Statsinger, filed in New York County Criminal Court in the case of *People v. Mees* on October 30, 2018 |
| Ex. 9 | Petition for a writ of *error corum nobis*, filed in New York County Criminal Court in the case of *People v. Mees* on December 3, 2018 (with exhibits) |

Dated:   November 14, 2019
         New York, New York

*Elizabeth N. Krasnow /s*
Elizabeth N. Krasnow
Assistant District Attorney