CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: PART D

N.Y. CRIMINAL COURT

2013 AUG -7 PM 4:46

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>HELEEN MEES,<br><br>Defendant. | AFFIRMATION<br>OF SERVICE<br>BY MAIL<br><br>Dkt. No.<br>2013NY050589 |

The undersigned, being the attorney of record for the People of the State of New York in this matter affirms under penalty of perjury that on August 7, 2013, she served a Superseding Information and a Certificate of Readiness upon defendant's attorneys: VANESHKA HYACINTHE, by mailing same to the attorney's designated address, which is The Legal Aid Society, 49 Thomas Street, New York, NY 10013-3821; and IRA LONDON, by mailing same to the attorney's designated address, which is 99 Park Avenue, Suite 1600, New York, NY 10016.

Dated:   New York, New York
         August 7, 2013

_____
Samantha Schott
Assistant District Attorney
212 335-9983

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>Heleen Mees (F 41),<br><br><div align="right">Defendant.</div> | FAMILY OFFENSE<br>DEFENDANT/VICTIM<br>RELATIONSHIP:        INTIMATE/<br>ACCESS<br>**MISDEMEANOR**<br>ADA Samantha Schott<br>(212) 335-9983 |



Detective Carl Roadarmel, Shield 6632 of the 20th Precinct Detective Squad, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 120.14(2) | Menacing in the Second Degree<br>(defendant #1: 1 count) |
| 2 | PL 120.50(3) | Stalking in the Third Degree<br>(defendant #1: 1 count) |
| 3 | PL 240.30(1)(a) | Aggravated Harassment in the Second Degree<br>(defendant #1: 4 counts) |
| 4 | PL 120.45(2) | Stalking in the Fourth Degree<br>(defendant #1: 1 count) |
| 5 | PL 240.26(3) | Harassment in the Second Degree<br>(defendant #1: 1 count) |

At the times and places described below in the County and State of New York, the defendant repeatedly followed another person and engaged in a course of conduct and repeatedly committed acts over a period of time intentionally placing and attempting to place another person in reasonable fear of physical injury; the defendant with intent to harass, annoy and alarm a specific person, intentionally engaged in a course of conduct directed at such person which was likely to cause such person to reasonably fear physical injury and serious physical injury, the commission of a sex offense against, and the kidnapping, unlawful imprisonment and death of such person; the defendant, with intent to harass, annoy, threaten and alarm another person, communicated with a person, anonymously and otherwise, by telephone, by telegraph, and by mail, and by transmitting and delivering any other form of written communication, in a manner likely to cause annoyance and alarm; the defendant intentionally and for no legitimate purpose, engaged in a course of conduct directed at a specific person and knew and reasonably should have known that such conduct caused material harm to the mental and emotional health of such person, where such conduct consisted of following, telephoning and initiating communication and contact with such person, and the defendant was previously clearly informed to cease that conduct; the defendant, with intent to harass, annoy and alarm another, engaged in a course of conduct which alarmed and seriously annoyed another person and which served no legitimate

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>Heleen Mees (F 41),<br><br>Defendant. | FAMILY OFFENSE<br>DEFENDANT/VICTIM<br>RELATIONSHIP:      INTIMATE/<br>ACCESS<br>**MISDEMEANOR**<br>ADA Samantha Schott<br>(212) 335-9983 |



purpose.

*The factual basis for these charges are as follows:*

Between November 7, 2009, and July 1, 2013, I received over three thousand emails from an email address that I know to belong to the defendant. I received and have read many of these emails inside of my home, in the County and State of New York. Since November 7, 2009, I have sent several emails requesting that the defendant stop contacting me. On February 27, 2013, a letter was sent to the defendant requesting that she cease all communications with myself and my family. Since February 27, 2013, to July 1, 2013, I received several hundred emails from the defendant.

On September 15, 2012, the defendant sent me an email stating in substance: "I hope you die." On September 15, 2012, the defendant sent me an email stating in substance: "I hope you die (read this to your wife)." On September 14, 2012, the defendant sent me an email stating in substance: "I hope your plane falls out of the sky." On May 3, 2013, the defendant sent me an email containing pictures of dead birds. The defendant's actions caused me annoyance and alarm.

Between May 12, 2013, and May 24, 2013, the defendant sent me at least 55 emails containing sexually explicit messages, and between May 26, 2013, and June 27, 2013, the defendant sent me at least 68 emails asking if I would meet her for a drink, causing me annoyance and alarm.

Between January 11, 2013, and April 24, 2013, the defendant sent me at least 164 messages on Facebook, causing me annoyance and alarm.

In March 2013, the defendant called one of my mobile phones hundreds of times, forcing me to turn off the phone and leading to over $300 in international roaming charges.

In May 2010, the defendant tried to meet with me at my hotel in Beijing, China, and in January 2013, the defendant tried to meet me at my hotel in Amsterdam, The Netherlands, by using a fake name. On May 6, 2013, the defendant came to my apartment building in the County and State of New York, and tried to be let up to my apartment.

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Heleen Mees (F 41),

Defendant.

FAMILY OFFENSE
DEFENDANT/VICTIM
RELATIONSHIP:    INTIMATE/
ACCESS
**MISDEMEANOR**
ADA Samantha Schott
(212) 335-9983

The defendant's actions have caused me severe annoyance and alarm, and to fear for my physical safety and for the safety of my wife, Anne, and my children.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____    5 August 2013    9:11 PM.
Willem Buiter, of an address known to the District Attorn    Date    Time

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: PART D

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>HELEEN MEES,<br><br>Defendant. | CERTIFICATE OF READINESS<br><br>Dkt. No.<br>2013NY050589 |

SAMANTHA SCHOTT, an Assistant District Attorney in the County of New York, hereby certifies that the People are ready for trial in the above-entitled action.

Dated:   New York, New York
        August 7, 2013

Respectfully submitted,

Samantha Schott
Assistant District Attorney
212 335-9983

## CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

### THE PEOPLE OF THE STATE OF NEW YORK

-against-

HELEEN MEES,

Defendant.

### CERTIFICATE OF READINESS

Dkt. No. 2013NY050589

**Cyrus R. Vance, Jr.**
**District Attorney**
**New York County**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9000**