```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
 2   COUNTY OF NEW YORK       :    PART D
 3   - - - - - - - - - - - - - - - - - - -X
 4   THE PEOPLE OF THE STATE OF NEW YORK        DOCKET NUMBER
                                                2013NY050589
 5              -against-
 6   HELEEN MEES,
 7                              Defendant.
 8   - - - - - - - - - - - - - - - - - - -X
 9                                  100 Centre Street
                                    New York, New York
10                                  March 10, 2014
11   B E F O R E:
12        THE HONORABLE STEVEN STATSINGER,
13                              Criminal Court Judge
14   A P P E A R A N C E S:
15   FOR THE PEOPLE:
          OFFICE OF THE DISTRICT ATTORNEY
16        One Hogan Place
          New York, New York
17        BY:  SAMANTHA SCHOTT,
               Assistant District Attorney
18
     FOR THE DEFENDANT:
19        IRA LONDON, ESQ.
20
21
22
23
                     CAROLE D. GRAHAM
24                OFFICIAL COURT REPORTER
25
```

                                                                    1

PROCEEDINGS                                                    2

1   COURT OFFICER: Calendar number ten, Heleen Mees.
2   DEFENSE COUNSEL: Good morning, Your Honor.
3   THE COURT: Nice to see you.
4   COURT OFFICER: Your appearance for the record.
5   DEFENSE COUNSEL: Ira London for Heleen Mees.
6   ASSISTANT DISTRICT ATTORNEY: Samantha Schott for
7   the People. S-C-H-O-T-T.
8   THE COURT: I see on September 18th copies of Judge
9   Amaker's decision denying the motions were mailed to the
10  parties. We are past that. This is on for trial. Are the
11  People ready?
12  MS. SCHOTT: The People are not ready for trial
13  today. We believe we have a disposition. The People move
14  for a family ACD with fourteen sessions of individual
15  counseling and a full and final order of protection.
16  THE COURT: Is that on consent?
17  MR. LONDON: That is on consent, Your Honor.
18  THE COURT: It is so ordered. Ma'am, if you stay
19  out of trouble for twelve months and complete and bring in
20  proof of fourteen counseling sessions and abide by the order
21  of protection, your case will be dismissed and sealed at the
22  end of one year. You will have to come back in two months
23  with an update on the counseling.
24  That will be May 9th, if that works for you, Mr. London.
25  MR. LONDON: May I check that?

PROCEEDINGS 3

1  THE COURT: Yes. I need an order as well, People.
2  MR. LONDON: May 9th is a Friday?
3  THE COURT: Yes.
4  MR. LONDON: Yes.
5  THE COURT: May 9th for update. Parole is
6  continued.
7  THE COURT: Two other issues.
8  THE COURT: Yes.
9  MR. LONDON: The bail was posted by a third party.
10 I would move to exonerate.
11 THE COURT: Bail is exonerated. She is ROR'D.
12 MR. LONDON: I would like to clarify that the order
13 of protection does not preclude legal action should --
14 THE COURT: As long as all contacts are through
15 counsel, I don't foresee that will violate the order of
16 protection. No direct contact between the defendant and the
17 person named in the order.
18 MR. LONDON: Only by the attorneys.
19 THE COURT: I don't see that as a problem.
20 * * * * * * * * * * * * *
21 CERTIFIED TO BE A TRUE AND ACCURATE
22 TRANSCRIPT OF THE ABOVE PROCEEDINGS

*Carole D. Graham*

CAROLE D. GRAHAM
OFFICIAL COURT REPORTER