CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: PART JURY 5
------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

      -against-                                  DECISION AND ORDER
                                               DOCKET NO.: 2013NY050589

HELEEN MEES,

            Defendant.
------------------------------------------------------------------X
STEVEN M. STATSINGER, J.

Defendant's motion to vacate the judgment pursuant to CPL §440.10 is denied. A prerequisite to the availability of this remedy is that a conviction has been entered against the defendant. CPL §§440.10, 1.20(15).

Here, a conviction was not entered against the defendant. A conviction "means the entry of a plea of guilty to, or a verdict of guilty upon, an accusatory instrument other than a felony complaint, or to one or more counts of such instrument." CPL §1.20(13). An ACD is not a conviction or an admission of guilt. CPL §170.55(8). As such, 440.10 relief is unavailable in this case.

This constitutes the Decision and Order of the Court.

Dated: October 30, 2018
       New York, New York

                                                      Steven M. Statsinger
                                                      Judge of the Criminal Court