UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

        Plaintiff,

—v—

City of New York, *et al.*,

        Defendants.

19-cv-7346 (AJN)

ORDER

DEC 0 4 2019

ALISON J. NATHAN, District Judge:

    On December 2, 2019, Chambers received the attached email from Plaintiff. Pursuant to the Court's Order of November 27, 2019, Dkt. No. 27, Plaintiff's time to amend her complaint was extended to January 10, 2020. Plaintiff need not submit any additional letter motions in connection with the amendment of her complaint. Plaintiff is further reminded that all filings with the Court should either be made either by filing on ECF, by mailing the filing to the pro se office, or by filing under seal pursuant to the Court's individual rules.

    Chambers will mail a copy of this Order to Plaintiff and that mailing will be noted on the docket.

    SO ORDERED.

Dated: December 3, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge