UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

    Plaintiff,

—v—

City of New York, *et al.*,

    Defendants.

DEC 1 2 2019

19-cv-7346 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 26, 2019, Defendants filed a motion to dismiss the complaint in the above-captioned action. The Court gave Plaintiff an opportunity to amend her complaint and extended the deadline to amend to January 10, 2020. Dkt. Nos. 27, 29. In response, Plaintiff informed the Court that she does wish to amend her complaint and add state law tort claims, in addition to the Section 1983 claim asserted in her original complaint. Relatedly, Plaintiff also seeks to "amend [her] Notice of Claim pursuant to General Municipal Law § 50-e(6)." Dkt. No. 32. The parties have since exchanged several letters on the notice of claim issue. Plaintiff is hereby directed to file by December 23, 2019, a motion not to exceed ten pages, explaining why the Court has authority to permit her to amend her notice of claim. Defendants may submit opposition not to exceed ten pages by January 6, 2020.

    SO ORDERED.

Dated: December 11, 2019
       New York, New York

								_____
								ALISON J. NATHAN
								United States District Judge