# EXHIBIT A

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                        CERTIFICATE OF DISPOSITION
                                                   NUMBER:   99720
THE PEOPLE OF THE STATE OF NEW  YORK
                       VS

MEES,HELEEN                                       11/21/1968
Defendant                                 Date of Birth

30 MAIN STREET                                    12332946K
Address                                   NYSID Number

BROOKLYN              NY                          07/01/2013
City             State    Zip             Date of Arrest/Issue

Docket Number: 2013NY050589               Summons No:

120.50 240.30 120.45 120.45 240.26
Arraignment Charges


Case Disposition Information:

    Date           Court Action                  Judge              Part
03/10/2014   ADJOURNED - CPL SECTION 170.55   STATSINGER,STEVEN M    D
03/09/2015   DISMISSED - CPL SECTION 170.55   AMAKER,T               D




        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
FREEMANN,S                                       07/15/2015
COURT OFFICIAL SIGNATURE AND SEAL                 DATE         FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```



SEALED

pursuant to Section 160.50 of the CPL