# EXHIBIT B

# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET • ARMONK, NY 10504 • PH. 914.749.8200 • FAX 914.749.8300

October 20, 2014

**BY MAIL**
Samantha Schott, Esq.
Assistant District Attorney
New York County District Attorney's Office
One Hogan Place
New York, New York 10013

Re:   *People v. Heleen Mees*, Dkt. # 2013NY050589 (N.Y.C. Crim. Ct.)

Dear Ms. Schott:

We represent the defendant, Dr. Heleen Mees ("Mees"), in the above-captioned matter, in which we have appeared as co-counsel with Ira London, Esq. We write to raise a matter of grave concern and request that you take immediate action to investigate certain screenshots that our client's accuser, Mr. Willem Buiter ("Buiter"), took of her. As you are aware, the July 1, 2013 criminal harassment and stalking complaint against our client alleges that Mees sent Buiter "naked pictures of herself masturbating," and that this caused Buiter "severe annoyance and alarm." As you know from the documents in your possession, there is no record of any such naked pictures. In addition, on February 4, 2014, we showed you an email, in which Buiter, responding to a nude picture of another woman, stated that "pictures like that of yourself are always welcome" (*see* Exhibit A). Accordingly, Buiter's claim that he was severely annoyed by naked pictures from Mees is false.

We contact you concerning this issue once again because we recently made the alarming discovery that during the course of their consensual sexual relationship, Buiter secretly and without Mees' consent took approximately ***1,252 screenshots*** of their Skype sex sessions and saved those screenshots on his computer (presumably for his future enjoyment). We are examining if this surreptitious recording of Mees' intimate parts without her permission and against her explicit wishes might qualify as a felony (Penal Law § 250.45; *People v. Schreier*, 22 N.Y.3d 494 (2014)).

Buiter's secret recording of the parties' intimate love play is particularly alarming because Buiter has advised us that he provided these records to you to support his accusations of harassment. Since your decision to prosecute this case thus appears to have been based, in part, on these materials, we request that you obtain from Buiter electronic copies of the screenshots in their native format in order to determine that the screenshots were taken from ***his***, not Mees' computer. Such a simple investigation on your part will conclusively demonstrate that Buiter was voluntarily on Skype and took his jolly good time to ensure he made extensive records of it for his personal pleasure. He

BOIES, SCHILLER & FLEXNER LLP

Samantha Schott, Esq.
October 20, 2014
Page 2

thus ***cannot*** have been annoyed. As anyone knows, an unwelcome Skype video call may be terminated with a simple push on the "End Call" button; no one can be forced to go onto Skype and "undergo" the viewing of sexual activity.

We further request that you review the metadata to determine *when* the screenshots were taken. If the metadata reveal that they were taken in 2013, this would prove that Buiter was voluntarily taking part in Skype sex with Mees up to the very end. If the screenshots were taken in 2011 or 2012, they show that Buiter severely misled the District Attorney's Office when he told you that he only had a brief physical relationship with Mees (which started in 2008) and that he had been telling Mees "[s]ince November 7, 2009" to cease any contact. Either way, after all that has been done to our client's life and career, we believe it is your responsibility to perform this very basic and simple investigation.

We note that it is Buiter's assertion that *Mees* somehow took these screenshots (even though in each frame both her hands are visibly otherwise occupied) and emailed them to him, and that they were in some inexplicable fashion ***accidentally*** saved on his computer. This story clearly is nonsensical. It is very difficult to email 1,252 picture files; if Mees wanted to send sexual material like this, it would have been much easier to send a few short video files rather than 1,252 stills of the same activity. Of course, if Mees really emailed Buiter the screenshots, Buiter should produce those emails. Indeed, please request that he do so, and you will find out that he is unable to produce such emails ***because they do not exist***.

Accordingly, we request that you ask Buiter to produce both the screenshots in their native format and Mees' purported emails forwarding them to Buiter, review them, and advise us of your findings. We greatly appreciate your cooperation. Please feel free to contact me at (914) 749-8200 or ohaazen@bsfllp.com with any questions.

Sincerely,

Olav A. Haazen

Copy:

Ira D. London, Esq.

From: "Willem H Buiter" <willembuiter@btinternet.com>
Subject: **Re: Re: Re:**
Date: August 6, 2011 8:34:44 PM GMT+08:00
To: "Heleen Mees" <heleen@heleenmees.com>
Reply-To: willembuiter@btinternet.com

Thank you. Pictures like that of yourself are always welcome.
------Original Message------
From: Heleen Mees
To: Willem. Buiter
Subject: Re: Re: Re:
Sent: 6 Aug 2011 13:27

I like you

Op Aug 6, 2011, om 8:07 AM heeft Willem H Buiter het volgende geschreven:

Seriously talented. But I don't know the model.
------Original Message------
From: Heleen Mees
To: Willem. Buiter
Subject: Re: Re:
Sent: 6 Aug 2011 13:04

Marlene Dumas

Op Aug 6, 2011, om 8:02 AM heeft Willem H Buiter het volgende geschreven:

Nice picture. Who is it by?
Willem H. Buiter, 24 Micheldever Road, London SE12 8LX, UK
tel.: + 44 (0)20 83184855
Mob.: + 44 (0)7961909314
Skype: willemhbuiter
Web: http://www.nber.org/~wbuiter/

-----Original Message-----
From: Heleen Mees <heleen@heleenmees.com>
Date: Sat, 6 Aug 2011 07:16:15
To: Willem H Buiter<willembuiter@btinternet.com>
Subject:




Willem H. Buiter, 24 Micheldever Road, London SE12 8LX, UK
tel.: + 44 (0)20 83184855
Mob.: + 44 (0)7961909314
Skype: willemhbuiter
Web: http://www.nber.org/~wbuiter/



Willem H. Buiter, 24 Micheldever Road, London SE12 8LX, UK
tel.: + 44 (0)20 83184855
Mob.: + 44 (0)7961909314
Skype: willemhbuiter

Web: http://www.nber.org/~wbuiter/