# EXHIBIT D

CRIMINAL COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: PART D
-------------------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,

                                                            **AFFIRMATION OF**
                                                            **OLAV A. HAAZEN**

        -against-

                                                            NO. 2013NY050589

        HELEEN MEES,
                        Defendant.
-------------------------------------------------------------------------x

        OLAV A. HAAZEN, an attorney duly admitted to practice law before the Courts of this State, affirms as follows pursuant to CPLR 2106:

        1.    From January 2014 until July 2016, I represented Dr. Heleen Mees in the civil litigation related to the above-cited matter. On November 26, 2014, I met with Assistant District Attorney Nitin Savur to discuss the finding of 1,251 unlawful surveillance images. On February 10, 2015, I spoke to Savur by phone. During the phone call, Savur informed me that the District Attorney's office was not prepared to dismiss the charges against my client in the interest of justice. Savur encouraged me to come back if I had more evidence and assured me that even after the ACD dismissal, it could still be undone and the restored case dismissed in the interest of justice.

Dated: New York, New York,
          May 29, 2018

                                                                  _____
                                                                    Olav A. Haazen