# EXHIBIT E

**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

November 17, 2015

Joshua Libling
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Re: FOIL Request
Helen Mees 2013NY050589

Dear Mr. Libling:

Enclosed please find a Flash Drive containing the documents which you sought in the above-referenced case. I apologize in advance for the delay, but I am waiving any fees for the copying of the materials.

The F.O.I.L. Appeals Officer is Assistant District Attorney Patricia Bailey, Chief of the Special Litigation Bureau, at the address above.

If you have any questions, please feel free to contact me at 212 335-9146.

Sincerely,

Cynthia Sittnick
Assistant District Attorney
Records Access Officer