# EXHIBIT G



**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

CYRUS R. VANCE, JR.
DISTRICT ATTORNEY

May 23, 2016

Olav A. Haazen
Grant & Eisenhofer
485 Lexington Avenue
New York, NY 10017

      Re: People v. Heleen Mees, Docket: 2013NY050589

Dear Mr. Haazen:

I am in receipt of your letter dated May 9, 2016. Executive Assistant District Attorney Audrey Moore, Chief of our office's Special Victims Bureau, will investigate the claims set forth in your letter, and should be in touch with you shortly.

Very truly yours,

Cyrus R. Vance, Jr.

cc:    Executive ADA Audrey Moore