# EXHIBIT H

**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

August 12, 2016

Re: *The People of the State of New York v. Heleen Mees,* Docket # 2013NY050589

Dear Ms. Mees,

I'm writing this in response to your letter addressed to DA Vance dated July 7, 2016. In 2015, your case was dismissed and sealed. By operation of law, we do not have access to the file; thus there is no mechanism to unseal a dismissed case only to dismiss it again. Even if we did have access to the file, the ACD + counseling sessions was a very reasonable disposition of the case.

Sincerely,

Audrey S. Moore
New York County District Attorney's Office
Executive Assistant District Attorney
Chief of the Special Victims Bureau