UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEEN MEES,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, MANHATTAN DISTRICT ATTORNEY'S OFFICE, CYRUS VANCE, JR., NITIN SAVUR, JEANINE LAUNAY, SAMANTHA SCHOTT,<br><br>                              Defendants. | DECLARATION IN SUPPORT OF JOINT MOTION TO DISMISS<br><br>19 Civ. 7346 (AJN)(KNF) |

ELIZABETH N. KRASNOW, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am an Assistant District Attorney in the New York County District Attorney's Office. I represent the Office; the District Attorney Cyrus R. Vance, Jr.; and Assistant District Attorneys Nitin Savur, Jeanine Launay, and Samantha Schott in the above-captioned civil lawsuit brought by plaintiff *pro se* Heleen Mees.

2. I respectfully submit the exhibits below in support of the joint motion to dismiss the amended complaint filed by the DA defendants and co-defendant City of New York, which is represented by the Office of the Corporation Counsel:

| Ex. 1 | Criminal Court complaint, filed in New York County Criminal Court in the case of *People v. Mees* on July 2, 2013 |
|---|---|
| Ex. 2 | Superseding information, filed in New York County Criminal Court in the case of *People v. Mees* on August 7, 2013 |

1

| Ex. 3 | Omnibus motion for discovery and to dismiss in the interests of justice, filed in New York County Criminal Court in the case of *People v. Mees* on October 10, 2013 |
|---|---|
| Ex. 4 | Transcript of the proceedings in New York County Criminal Court in the case of *People v. Mees* before Judge Steven Statsinger on March 10, 2014 |
| Ex. 5 | Letter from Mees' defense attorney to District Attorney Vance, dated May 9, 2016 (without enclosure) |

Dated:   April 21, 2020
         Stamford, Connecticut

*Elizabeth N. Krasnow /s*
Elizabeth N. Krasnow
Assistant District Attorney