UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

            Plaintiff,

   –v–

City of New York, *et al.*,

            Defendants.

19-cv-7346 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff has filed what the Court construes to be a motion for leave to appeal the Court's April 7, 2020 order in forma pauperis. *See* Dkt. No. 62. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's April 7, 2020 order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court does not find the issue decided in that order to be a close question. Moreover, the order does not appear to be immediately appealable. Plaintiff's motion is therefore denied.

      SO ORDERED.

Dated: April  27 , 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1