USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

                Plaintiff,

     –v–

City of New York, *et al.*,

                Defendants.

19-cv-7346 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 26, 2019, Defendants filed a motion to dismiss. Dkt. No. 23. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, Plaintiff was given an opportunity to amend her complaint. Dkt. No. 27. On January 10, 2020, Plaintiff amended. Dkt. No. 45. On April 21, 2019, Defendants filed new a motion to dismiss Plaintiff's Amended Complaint. Dkt. No. 58.

    Accordingly, the November 26, 2019 motion to dismiss the original complaint is denied as moot. This Order resolves Dkt. No. 23.

    SO ORDERED.

Dated: June 19, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge