UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Heleen Mees,

                Plaintiff,

    -against-                                  19 **CIVIL** 7346 (AJN)

                                                **JUDGMENT**

City of New York, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, the Court concludes that it lacks jurisdiction over Dr. Mees's claims directed to her state-court judgment and that her remaining claims are untimely. It thus GRANTS the motion to dismiss (Dkt. No. 58).  Dr. Mees also filed a letter motion in which she states that she requested the Defendants refer to her by her honorific in their briefing and that they refused to do so. Dkt. No. 76. She asks the Court to order the Defendants to re-file their briefs with this correction. Because the Court has resolved the motion to dismiss, it DENIES the request. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York
        March 26, 2021

                                                                   **RUBY J. KRAJICK**

                                                                      Clerk of Court
                                                  BY:
                                                                        Deputy Clerk