```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

          Plaintiff,

–v–

City of New York, *et al.*,

          Defendants.

19-cv-7346 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 11, 2021, Plaintiff moved for an extension of time to file a notice of appeal of the Court's Order dated August 9, 2021. Dkt. No. 90. Defendants shall file a response, if any, by October 19, 2021.

SO ORDERED.

Dated: October 13, 2021
      New York, New York

                                         _____
                                           ALISON J. NATHAN
                                        United States District Judge