USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heleen Mees,

           Plaintiff,

    –v–

City of New York, *et al.*,

           Defendants.

19-cv-7346 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on October 15, 2021, denied Plaintiff's motion for an extension of time to file a notice of appeal. Dkt. No. 97. The Court received Plaintiff's reply brief in support of her motion for an extension after it issued its Order. Dkt. No. 96. Now having reviewed Plaintiff's reply, the Court finds that it does not affect the Court's conclusion. Plaintiff's motion for an extension remains denied.

SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                    ALISON J. NATHAN
                                 United States District Judge